UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Shelley Carey v. Bayer Corporation, et al.* | No. 09-cv-10103-DRH |
| *Alice F. Coleman v. Bayer Corporation, et al.* | No. 09-cv-10218-DRH |
| *Christina Orr v. Bayer Corporation, et al.* | No. 09-cv-10146-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on December 23, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

>   NANCY J. ROSENSTENGEL,
>   CLERK OF COURT
>
>   BY:   /s/*Sara Jennings*
>       **Deputy Clerk**

Dated:  December 26, 2013

Digitally signed by David R. Herndon
Date: 2013.12.26 10:51:20 -06'00'

APPROVED:
   CHIEF JUDGE
   U. S. DISTRICT COURT